**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case: 3:16-CR-50008** |
| | ) | |
| **DEBORAH RYBA,** | ) | **Honorable Norman K. Moon** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT RYBA'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The defendant, Ms. Ryba, respectfully moves this Honorable Court to continue her sentencing hearing because the presentence investigation report (PSR) is not yet complete.  In support of this motion, Ms. Ryba states the following:

1.  On June 19, 2017, Ms. Ryba appeared before the Honorable Norman K. Moon and entered pleas of guilty to Count 1 and Count 2 of the Superseding Indictment;

2.  This Court accepted Ms. Ryba's pleas and then set her sentencing hearing for December 11, 2017;

3.  Counsel for Ms. Ryba have spoken with Probation Officer Funkhouser with United States Probation who indicated that the initial PSR in this case is still not complete as of the filing of this motion;

4.  Counsel will need time to review the initial PSR, prepare any amendments or objections, and discuss the PSR with Ms. Ryba.;

5.  Per this Court's presentence order, any and all sentencing memoranda must be filed seven days before the sentencing hearing, which would currently be due on December 4, 2017;

6. Counsel for Ms. Ryba have spoken with the government about this Motion to Continue and the government has no objection to continuing Ms. Ryba's sentencing hearing; and

7. This motion is made in good faith and not for the purposes of delay.


Therefore, Ms. Ryba respectfully moves this Court to grant her unopposed motion to continue her sentencing in order to provide enough time to for counsel to review the PSR, discuss the PSR with Ms. Ryba, and timely prepare any objections.

Further, after speaking with the Courtroom Deputy, Ms. Ryba requests that her sentencing hearing be continued to January 26, 2018, subject to this Court's discretion, because that date is currently available on the Court's calendar.

Respectfully submitted,

DEBORAH RYBA
By Counsel

HARRIS, CARMICHAEL, & ELLIS PLLC

_____/s/_____
Phoenix Ayotte Harris, Esq.
VSB# 76009
Yancey Ellis, Esq.
VSB# 70970
Counsel for Defendant,
1800 Diagonal Rd, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
(703) 647 6009 (fax)
pharris@harriscarmichael.com
yellis@harriscarmichael.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I have filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all other counsel of record in this matter.

/s/
Phoenix Ayotte Harris, Esq.
VSB# 76009
Yancey Ellis, Esq.
VSB# 70970
Counsel for Defendant,
1800 Diagonal Rd, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
(703) 647 6009 (fax)
pharris@harriscarmichael.com
yellis@harriscarmichael.com
