CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/01/2017
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

DEBORAH RYBA,

*Defendant.*

CASE NO. 3:16-cr-50008

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Defendant Deborah Ryba's Motion to Continue. (Dkt. 601). Defendant requests that her sentencing be continued because the probation office has not completed her presentencing report. She will need time to review the report and file any objections and amendments before the sentencing. The government does not object to this request. The Court agrees that Defendant will need additional time to review the report with her counsel, and so Defendant Deborah Ryba's motion to continue (dkt. 601) is **GRANTED**. The sentencing hearing in this matter is **CONTINUED** to January 26, 2018.

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  1st   day of December, 2017.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE